IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL BANKS**                                                                                            **PLAINTIFF**

v.                             Case No. 4:23-cv-00204-KGB

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## ORDER

      Before the Court is the Recommended Disposition issued by United States Magistrate Judge Patricia S. Harris (Dkt. No. 15). The Commissioner of the Social Security Administration has not filed any objections to the Recommended Disposition, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 15). The Commissioner of the Social Security Administration's decision is reversed, and the case is remanded for further consideration.

      It is so ordered this the 30th day of August, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge