IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL BANKS**                                                                                          **PLAINTIFF**

v.                               Case No. 4:23-cv-00204-KGB

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                               **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Michael Banks.

It is so ordered this the 30th day of August, 2024.

                                                                            _____
                                                                            Kristine G. Baker
                                                                            Chief United States District Judge